FILED

2024 NOV -5 PM 12: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____ EC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | PLAINTIFF(S) | **CASE NUMBER**<br>_288R - NK - 3856050_<br>8:24-mj-00568 |
| v.<br>Remington Guy Ogletree,<br>a/k/a "Rem" | DEFENDANT(S). | **DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _Criminal Complaint_
in the _____ District of _New Jersey_ on _October 30, 2024_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _October 2023 through on/around May 2024_
in violation of Title _18_ U.S.C., Section(s) _1343 and Section 2 et al_
to wit: _Wire Fraud_

A warrant for defendant's arrest was issued by: _US Magistrate Judge James B Clark III_

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/4/2024_
Date

Signature of Agent _____

_James Maslaski_
Print Name of Agent

_FBI_
Agency

_Special Agent_
Title