FILED

2024 NOV -5 PM 12: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____EC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Remington        Ogletree<br>USMS# _____         DEFENDANT | CASE NUMBER:<br>PLAINTIFF 288R-NK- 3856050   8:24-mj-00568<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/4/2024    2:45    ☐ AM   ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18USC1343; 18USC1028(a

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth: ~~1989~~ 2005

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Caleb Mason    Phone Number: 213-688-0460

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: Psalm A. Ullrich _____ (please print)

12. Office Phone Number: 703-947-9118        13. Agency: FBI

14. Signature: _[signature]_            15. Date: 11/4/2024

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION