FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:24-MJ-00568 |
| v. | |
| Remington Ogletree | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Caleb Mason__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__Nov 5, 2024__
Date

__/s/__
Defendant's Signature

__Santa Ana, CA__
City and State

## APPEARANCE OF COUNSEL

I, __Caleb Mason__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__Nov. 5, 2024__
Date

__[signature]__
Attorney's Signature

__246653__
California State Bar Number

__888 W. 6th St. 4th Fl.__
Street Address

__Los Angeles CA 90017__
City, State, Zip Code

__213-688-0460__
Telephone Number

Fax Number

__cmason@werksmanjackson.com__
E-mail Address

CR-14 (01/07)   DESIGNATION AND APPEARANCE OF COUNSEL